**Carmine A. LAURO, Sr., Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 29, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of May, 2008, the Order of the Commonwealth Court is **AFFIRMED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tracy McINTOSH, Petitioner.**

Supreme Court of Pennsylvania.

May 29, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of May, 2008, Application for Leave to File Original Process is GRANTED and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.

Justice TODD did not participate in the consideration or decision of this matter.